UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
|  | Case No.: | 14-34658 |
|  | Judge: | SVK |
|  | Chapter: | Chapter 13 |

**In Re: Angela Nixon**

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

The Debtor, through Geraci Law, LLC, has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short an plain statement of factual and legal basis for the objection. File your written request at:

1. Clerk, U.S. Bankruptcy Court
   517 East Wisconsin Avenue, Room 126
   Milwaukee, WI 53202-4581

and provide copies to

United States Trustee                         Mary B. Grossman
Eastern District of Wisconsin                 Chapter 13 Trustee
517 East Wisconsin Avenue, Room 430           P.O. Box 510920
Milwaukee, WI  53202                          Milwaukee, WI 53203

Geraci Law, LLC
Andrew Mark Golanowski                        Angela Nixon
2505 N. Mayfair Rd. #101                      9192 N. 70th St.
Wauwatosa, WI 53226                           Milwaukee, WI 53223

in time for its receipt by the above deadline. If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order modifying the Plan.

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

# REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor.
2. This is a request to modify a Chapter 13 Plan:

    a. \_\_\_\_ post-confirmation
    b. \_\_X\_\_ pre-confirmation
        i. Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or
        ii. Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are:
3. The Proponent wishes to modify the Chapter 13 Plan to do the following: address the MMM program.

4. The reason(s) for the modification is/are: see above.

5. Select A or B:
    A. \_\_\_\_ The confirmed Chapter 13 Plan is modified as follows:

    B. \_\_X\_\_ The unconfirmed Chapter 13 Plan is modified as follows: the Debtor shall modify her Plan within 30 days if the MMM Program is unsuccessful.

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the even of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I/We, _____, the debtor(s) in this case, certify that I/we have reviewed the modification to the Chapter 13 plan proposed in this motion, and I/we authorize my/our attorney to file it with the court.

   _____     _____
   Debtor                     Date

   _____     _____
   Debtor                     Date

OR

2. I, Andrew Golanowski, attorney for the debtor(s), certify that I have reviewed the modification proposed above with the debtor(s), and that the debtor(s) has/have authorized me to file it with the court.

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Respectfully submitted and dated this Tuesday, October 27, 2015.

By: <i>/s/ Andrew Mark Golanowski</i><br>
Andrew Mark Golanowski<br>
Attorney for Debtor<br>
Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| **In Re: Angela Nixon** | **Case No.:** 14-34658<br>**Judge:** SVK<br>**Chapter:** Chapter 13 |

## CERTIFICATE OF SERVICE

      The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Notice and Request to Modify Chapter 13 Plan were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Milwaukee, WI on Tuesday, October 27, 2015:

**SEE ATTACHED LIST**

Angela Nixon
9192 N. 70th St.
Milwaukee, WI 53223

      Additionally, the documents referenced above were also served via electronic means on the following individuals on Tuesday, October 27, 2015:

| | |
|---|---|
| United States Trustee | Mary B. Grossman |
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | P.O. Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

Dated this Tuesday, October 27, 2015.

                                                    By: _/s/ Andrew Mark Golanowski_____
                                                            Andrew Mark Golanowski
                                                           Attorney of the Debtor
                                                           Bar #: 1055499

Andrew Mark Golanowski
Law Offices of Peter Francis Geraci
2505 N. Mayfair Road, Suite 101
Wauwatosa, WI 53226
Phone: (414) 475-0100
Fax: (312) 332-6354
Email:wal@geracilaw.com

Rec. No: «c_recordno»
WD - MOT - Motion to Modify Chapter 13 Plan After Confirmation with Cert of Service

```
Label Matrix for local noticing          U.S. Bank National Association, not in its i    American Infosource
0757-2                                   c/o Gray and Associates LLP                     Bankruptcy Dept.
Case 14-34658-svk                        16345 W Glendale Dr                             PO Box 71083
Eastern District of Wisconsin            New Berlin, WI 53151-2841                       Charlotte,NC 28272-1083
Milwaukee
Tue Oct 27 10:42:42 CDT 2015

BSI Financial Services                   (p)CITY OF MILWAUKEE TREASURER S OFFICE         COMENITY BANK/Avenue
Attn: Bankruptcy Dept.                   200 EAST WELLS STREET                           Attn: Bankruptcy Dept.
314 S Franklin St                        ROOM 103                                        Po Box 182789
Titusville,PA 16354-2168                 MILWAUKEE WI 53202-3599                         Columbus,OH 43218-2789


ECMC                                     ESB/HARLEY DAVIDSON CREDIT                      Equifax
Bankruptcy Department                    Attn: Bankruptcy Dept.                          Attn: Bankruptcy Dept.
PO Box 75848, Lockbox 8682               Po Box 21829                                    PO Box 740241
Saint Paul,MN 55175                      Carson City,NV 89721-1829                       Atlanta,GA 30374-0241


Experian                                 Falls Collection SVC                            Harley-Davidson Credit Corp.
Attn: Bankruptcy Dept.                   Attn: Bankruptcy Dept.                          PO Box 9013
PO Box 2002                              Po Box 668                                      Addison, Texas 75001-9013
Allen,TX 75013-2002                      Germantown,WI 53022-0668


IRS Non-Priority                         IRS Priority Debt                               Midland Funding, LLC
Bankruptcy Dept.                         Bankruptcy Dept.                                Bankruptcy Department
PO Box 7346                              PO Box 7346                                     8875 Aero Drive, # 200
Philadelphia,PA 19101-7346               Philadelphia,PA 19101-7346                      San Diego,CA 92123-2255


Office of the U. S. Trustee              Professional Placement                          Quantum3 Group LLC as agent for
517 East Wisconsin Ave.                  Attn: Bankruptcy Dept.                          Comenity Bank
Room 430                                 272 N 12Th St                                   PO Box 788
Milwaukee, WI 53202-4510                 Milwaukee,WI 53233-2604                         Kirkland, WA  98083-0788


QuickClick Loans LLC                     QuickClick Loans of Wisconsin, LLC              Santander Consumer USA
Bankruptcy Department                    P.O Box 5040                                    8585 N Stemmons frwy ste#1100
PO Box 5040                              Alpharetta, GA 30023-5040                       Dallas, TX 75247-3822
Alpharetta,GA 30023-5040


Santander Consumer USA                   State Collection Servi                          Transunion
Bankruptcy Department                    Attn: Bankruptcy Dept.                          Attn: Bankruptcy Dept.
8585 N. Stemmons Fwy.                    2509 S Stoughton Rd                             PO Box 1000
Dallas,TX 75247-3822                     Madison,WI 53716-3314                           Chester,PA 19016-1000


U.S. Bank National Association, not in its   University OF Phoenix                      Vanda LLC
c/o BSI Financial Services, Inc.         Attn: Bankruptcy Dept.                          C/o Weinstein & Riley
314 S Franklin Street                    4615 E Elwood St Fl 3                           2001 Western Ave #400
Titusville, PA 16354-2168                Phoenix,AZ 85040-1908                           Seattle,WA 98121-3132


WFNNB/Avenue                             Wheaton Franciscan Med. Group                   Wisconsin Dept. of Revenue
Bankruptcy Department                    Bankruptcy Department                           Special Procedures Unit
PO Box 182283                            PO Box 68-9711                                  PO Box 8901
Columbus,OH 43218-2283                   Milwaukee,WI 53268-0001                         Madison,WI 53708-8901
```

| | | |
|---|---|---|
| Wisconsin Electric POW<br>Attn: Bankruptcy Dept.<br>231 W Michigan St # A130<br>Milwaukee,WI 53203-2918 | Alexander E. George<br>Geraci Law L.L.C.<br>55 E. Monroe #3400<br>Chicago, IL 60603-5920 | Andrew M. Golanowski<br>Geraci Law, L.L.C.<br>55 E. Monroe St. Suite #3400<br>Chicago, IL 60603-5920 |